ORIGINAL

| | |
|---|---|
| 1  CAROL C. LAM<br>United States Attorney<br>2  ORLANDO B. GUTIERREZ<br>Assistant United States Attorney<br>3  California State Bar No. 183745<br>880 Front Street, Room 6293<br>4  San Diego, California 92101-8893<br>Telephone: (619) 557-2968<br>5<br>Attorney for Plaintiff<br>6  United States of America | FILED<br><br>06 NOV -3 PM 4:10<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY:  _____ DEPUTY |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICARDO GODINEZ-HARO,<br><br>    Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | Criminal Case No. 04cr0865-IEG<br><br>PROTECTIVE ORDER |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature disclosure of evidence to potential targets, subjects, and witnesses of ongoing investigations,

IT IS HEREBY ORDERED that the defendant, his counsel of record, and the counsel's assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, relating to the identity of the confidential informant, without prior approval of this Court;

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter collectively referred to as "the Government") and their assistants,

1  the defendant, his counsel and his assistants, shall not disclose the
2  substance of any discovery material produced to the defendant or
3  obtained by the Government from the defendant pertaining to the
4  identity of the confidential informant to representatives of the media
5  or other third parties not involved in any way in the investigation
6  or prosecution of the case;
7       Except that nothing contained herein shall prevent the
8  Government, or the defendant or his counsel, from disclosing such
9  discovery material to any other attorneys working for the Government,
10 the defendant or his counsel, government agents (federal, state or
11 local), private investigators, experts, secretaries, law clerks,
12 paralegals, or any other person who is working for the Government or
13 the defendant and his counsel (collectively referred to as
14 "assistants") in the investigation or preparation of this case or,
15 with respect to the Government and its assistants only, in other
16 criminal investigations, without prior court order;
17      Further, nothing contained herein shall preclude the Government,
18 defendant or his counsel, or his respective assistants from conducting
19 a normal investigation of the facts of this case on behalf of the
20 Government or said defendant, or with respect to the Government and
21 its assistants only, from conducting an investigation of other
22 criminal activity, including interviewing witnesses disclosed by said
23 discovery materials, or from taking statements from witnesses
24 disclosed by said discovery materials, or from asking said witnesses
25 if they themselves have made prior statements to the Government that
26 are disclosed in the discovery materials, and about the contents of
27 such statements. In connection with any such investigation, it shall
28 not be necessary that the Government, the defendant or his counsel,

or his respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any of the aforementioned material received and any copies derived therefrom, shall be returned to the Government within ten (10) business days.

Defense counsel and the Government shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: 11/3/06

THE HONORABLE IRMA E. GONZALEZ
United States District Judge

I consent to the entry of the attached protective order in the case of United States v. Ricardo Godinez, Criminal Case No. 04CR0865-IEG.

DATED: 11/2/06

ORLANDO B. GUTIERREZ
Assistant United States Attorney

DATED: 11/1/06

ANDREW NIETOR
Attorney for defendant Godinez

4